# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

BLAKE T. MADGETT,                                  Civil No. 10-0278 (JRT/JJG)

              Plaintiff,

v.                                                                         **ORDER**

AUDIT SYSTEMS, INC.,

              Defendant.

---

David Madgett, **MADGETT LAW,** 215 Barry Avenue South, Suite 115, Wayzata, MN 55391, for plaintiff.

Michael Klutho and Shanda Pearson, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties on June 11, 2010 [Docket No. 22].

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 14, 2010  
at Minneapolis, Minnesota                      _____s/ John R. Tunheim_____  
                                                            JOHN R. TUNHEIM  
                                                       United States District Judge